UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANFORD LAMAR BAILEY, JR.                                              PLAINTIFF

V.                                            CIVIL ACTION NO. 3:07CV505 DPJ-JCS

OPTION ONE MORTGAGE CORPORATION                              DEFENDANT

ORDER

This cause is before the Court on motion of Plaintiff Sanford Lamar Bailey, Jr. for additional time to file his response to Defendant's motion for summary judgment and his reply in support of his motion to transfer. Plaintiff has requested an additional fourteen (14) days due to a medical emergency. The Court finds that Plaintiff's request should be granted. Plaintiff's response to Defendant's motion for summary judgment and his reply in support of his motion to transfer are due October 29, 2008.

This case is currently set for pretrial conference on November 5, 2008 and for trial during the term beginning December 1, 2008. Due to the extended briefing schedule, this case is removed from its current pretrial conference and trial settings. A new pretrial conference and trial date will be set following resolution of the pending motions, if necessary.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2008.

                                                        s/ *Daniel P. Jordan III*
                                                       UNITED STATES DISTRICT JUDGE